| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Baverman, Alan J. | 2. Court or Organization Northern District of Georgia | 3. Date of Report 07/14/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge, full time | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

1885 US Courthouse
75 Spring Street, SW
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Power of Attorney | ▇ (see Section VIII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 07/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Emory University, Adj. Prof. | $1,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Self-employed real estate broker |
| 2. 2011 | Real Estate Managing Broker |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institutes | Sept. 20-21, 2011 | Dallas, TX | Residential Mortgage Litigation Seminar (Judicial Panel Member) | Transportation, food, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Baverman, Alan J. | 07/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 07/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT NO. 5A SEP IRA | | | | | | | | | |
| 2. -TDAM Money Market Portflio Investor Class | A | Interest | | | Closed | 05/27/11 | M | | moved to line 12 |
| 3. -GNMA Series ▒ | A | Int./Div. | | | Redeemed | 04/19/11 | J | | |
| 4. -GNMA Series ▒ | A | Int./Div. | | | Closed | 05/27/11 | J | | tfr to Brok Acct 5B |
| 5. -DFA Invt Dimensions Grp 5 yr Global Port (Sold 4/17/10) | | None | | | | | | | See Sec. VIII |
| 6. -GEMoney Bank ▒ | A | Int./Div. | | | Closed | 05/27/11 | J | | tfr to Brok Acct 5B |
| 7. -GEMoney Bank ▒ | A | Int./Div. | | | Closed | 05/27/11 | J | | tfr to Brok Acct 5B |
| 8. -GEMoney Bank ▒ | A | Int./Div. | | | Closed | 05/27/11 | J | | tfr to Brok Acct 5B |
| 9. -Dreyfus Funds Standish GL Fixed Inc | A | Int./Div. | | | Closed | 05/27/11 | J | | tfr to Brok Acct 5B |
| 10. -Manning & Napier Pro Blend Conserv Term Ser | A | Int./Div. | | | Closed | 05/27/11 | J | | tfr to Brok Acct 5B |
| 11. BROKERAGE ACCOUNT SEP IRA ▒ (opened 5/27/11) | | | | | | | | | |
| 12. -Fed. Prime Obligs. Trust Sh (MM) | A | Int./Div. | M | T | Open | 05/27/11 | M | | moved fr line 2 |
| 13. -Fed. Prime Obligs. Trust Sh (MM) | | | | | Distributed (part) | 06/07/11 | K | | to Brok Acct 5C |
| 14. -GNMA Series ▒ | A | Interest | J | T | | | | | |
| 15. -GEMoney Bank ▒ | A | Interest | J | T | | | | | |
| 16. -GEMoney Bank ▒ | A | Interest | J | T | | | | | |
| 17. -GEMoney Bank ▒ | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 07/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Dreyfus Funds Standish GL Fixed Inc | A | Dividend | K | T | | | | | |
| 19. -Manning & Napier Pro Blend Conserv Term Ser | A | Int./Div. | J | T | | | | | |
| 20. BROKERAGE ACCT SEP IRA 5C (opened 6/11/11) | | | | | | | | | |
| 21. -Fed. Prime Obligs. Trust Sh (MM) | A | Dividend | J | T | Buy | 06/11/11 | K | | |
| 22. -Fed. Prime Obligs. Trust Sh (MM) | | | | | Sold (part) | 06/13/11 | J | | |
| 23. -IShares Barclays US Agg BD FD | A | Interest | J | T | Buy | 06/13/11 | J | | |
| 24. -IShares TR IBoxx $ High Yield | A | Dividend | J | T | Buy | 06/13/11 | J | | |
| 25. -Aberdeen Equity Long Short Fund Inst CL | | None | J | T | Buy | 06/13/11 | J | | |
| 26. -Absolute Strategies Institutional | A | Dividend | J | T | Buy | 06/13/11 | J | | |
| 27. -Eaton Vance Atl Cap SMID CAP FD 1 | A | Dividend | J | T | Buy | 06/13/11 | J | | |
| 28. -Federated Strategic Value Dividend Cl 1 | A | Dividend | J | T | Buy | 06/13/11 | J | | |
| 29. -Manning & Napier World Oppt Serv Cl A | A | Distribution | J | T | Buy | 06/13/11 | J | | |
| 30. -Oppenheimer Dev. Markets FD Cl Y | A | Dividend | J | T | Buy | 06/13/11 | J | | |
| 31. -Rydex SGI Managed Fut Strat CL H | | None | J | T | Buy | 06/13/11 | J | | |
| 32. -T Rowe Pice Inst Large Cap Growth | A | Dividend | J | T | Buy | 06/13/11 | J | | |
| 33. -PIMCO Inv Gr Corp Bond Instl | A | Dividend | J | T | Buy | 06/13/11 | J | | |
| 34. -PIMCO Low Dur Inst | A | Dividend | J | T | Buy | 06/13/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 07/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Templeton Global Bond Adv | A | Dividend | J | T | Buy | 06/13/11 | J | | |
| 36. -Eaton Vance Floating Rate Class I | A | Dividend | J | T | Buy | 07/14/11 | J | | |
| 37. -Neuberger Berman High Inc Bond Inst | A | Dividend | J | T | Buy | 09/07/11 | J | | |
| 38. -PIMCO Commod Real Return Inst | A | Dividend | | | Buy | 09/07/11 | J | | |
| 39. BROKERAGE ACCOUNT SEP IRA▓ (closed 5/27/11) | | | | | | | | | |
| 40. -TD Bank (fka TDAM money market portfolio) | A | Interest | | | Closed | 5/27/11 | L | | tfer to line 45 |
| 41. -DFA 5 yr. GlobalFixed Income Portfolio | A | Int./Div. | | | Closed | 5/27/11 | L | | tfer & merged to line 45 |
| 42. -BMW BK▓ | A | Int./Div. | | | Closed | 05/27/11 | J | | tfer to line 47 |
| 43. -Union Bank CD | | None | | | Closed | 05/27/11 | K | | tfer to line 48 |
| 44. BROK ACCT SEP IRA▓ opened 5/27/11) | | | | | | | | | |
| 45. -Feder. Prime Obligations Trust Sh | A | Dividend | K | T | Open | 05/27/11 | M | | |
| 46. -Feder. Prime Obligations Trust Sh | | | | | Sold (part) | 06/07/11 | K | | moved ot line 49 |
| 47. -BMW BK▓ | A | Int./Div. | | | | | | | |
| 48. -Union Bank CD | | None | K | | | | | | |
| 49. BROK ACCT SEP IRA▓ (opened 6/11/11) | | | | | | | | | |
| 50. -Feder. Prime Oblig. Trust SH | A | Dividend | J | T | Open | 06/16/11 | K | | |
| 51. -Feder. Prime Oblig. Trust SH | | | | | Sold (part) | 06/16/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 07/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -IShares Barclays US Agg BD FD | A | Interest | J | T | Buy | 06/16/11 | J | | |
| 53. -IShares TR IBoxx $ High Yield | A | Dividend | J | T | Buy | 06/16/11 | J | | |
| 54. -Aberdeen Equity Long Short Fund Inst CL | | None | J | T | Buy | 06/16/11 | J | | |
| 55. -Absolute Strategies Institutional | A | Dividend | J | T | Buy | 06/16/11 | J | | |
| 56. -Eaton Vance Atl Cap SMID CAP FD 1 | A | Dividend | J | T | Buy | 06/16/11 | J | | |
| 57. -Federated Strategic Value Dividend Cl 1 | A | Dividend | J | T | Buy | 06/16/11 | J | | |
| 58. -Manning & Napier World Oppt Serv Cl A | A | Distribution | J | T | Buy | 06/16/11 | J | | |
| 59. -Oppenheimer Dev. Markets FD Cl Y | A | Dividend | J | T | Buy | 06/16/11 | J | | |
| 60. -Rydex SGI Managed Fut Strat CL H | | None | J | T | Buy | 06/16/11 | J | | |
| 61. -T Rowe Pice Inst Large Cap Growth | A | Dividend | J | T | Buy | 06/16/11 | J | | |
| 62. -PIMCO Inv Gr Corp Bond Instl | A | Dividend | J | T | Buy | 06/16/11 | J | | |
| 63. -PIMCO Low Dur Inst | A | Dividend | J | T | Buy | 06/16/11 | J | | |
| 64. -Templeton Global Bond Adv | A | Dividend | J | T | Buy | 06/16/11 | J | | |
| 65. -Neuberger Berman High Inc Bond Inst | A | Dividend | J | T | Buy | 09/07/11 | J | | |
| 66. -PIMCO Commod Real Return Inst | A | Dividend | | | Buy | 09/07/11 | J | | |
| 67. ▮▮▮ BROK ACCT (opened 12/22/11) | | | | | | | | | |
| 68. -Vngrd Short Term Tax Exempt | | None | K | T | Buy | 12/22/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 07/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Feder. Prime Oblig Trush SH | A | Dividend | J | T | Open | 12/22/11 | J | | |
| 70. 401(K) PLAN (opened 02/01/11 | | | | | | | | | |
| 71. -Vngrd Wlsly Inc Inv | A | Int./Div. | J | T | Buy | 02/01/11 | J | | |
| 72. RENTAL PROPERTY (DeKalb Co., GA) | | | | | | | | | |
| 73. -# 1 Atlanta, DeKalb Co., Georgia ('11 Assessment-$159,900) | E | Rent | M | S | | | | | |
| 74. ▓▓▓ CORPORATION (F1) | C | Distribution | O | T | | | | | |
| 75. -American Funds Money Market Fund-A (MMF-A) | | None | | | Distributed | 08/12/11 | K | | exch to LTEX-A |
| 76. -American Funds EuroPacific Growth Fund Class A (EUPAC-A) | | None | | | Distributed | 07/12/11 | J | | exch. to STEX-A |
| 77. -American Funds New World Fund Class A (NWF-A) | | None | | | Distributed | 07/12/11 | J | | exch to STEX-A |
| 78. -American Funds Smallcap World Fund Class A (SCWF-A_ | | None | | | Distributed | 07/12/11 | J | | exch to STEX-A |
| 79. -American Funds Fundamental Investors-Class A | A | Dividend | J | T | | | | | |
| 80. -American Funds WaMu Investors Fund - Class A (WMIF-A) | B | Dividend | M | T | | | | | |
| 81. -------- | | | | | Distributed | 06/15/11 | M | | exch to LTEX-A |
| 82. -------- | | | | | Buy | 11/02/11 | L | | exch from LTEX-A |
| 83. -------- | | | | | Buy (add'l) | 11/15/11 | K | | exch from STEX-A |
| 84. -------- | | | | | Buy (add'l) | 12/20/11 | L | | exch from STEX-A |
| 85. -American Funds Money Market Fund - Class A (MMF-A) | | None | | | Distributed | 08/12/11 | K | | exch to LTEX-A |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 07/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | -American Funds Ltd Term Tax-Ex Bond Fund-Cl A (LTEX-A) | B | Dividend | | | Buy | 06/15/11 | M | | exch from WMIF-a |
| 87. | ---------- | | | | | Buy (add'l) | 08/03/11 | K | | exch from STEX-A |
| 88. | ---------- | | | | | Buy (add'l) | 08/12/11 | K | | exch from MMF-A |
| 89. | ---------- | | | | | Distributed (part) | 09/12/11 | M | | exch to ICA-A |
| 90. | ---------- | | | | | Distributed (part) | 11/02/11 | L | | exch to WMIF-A |
| 91. | -AF Short-Term Tax-Exempt Bond Fund A (STEX-A) | A | Dividend | J | T | Buy | 07/12/11 | K | | exch fr EUPAC-A |
| 92. | ---------- | | | | | Buy (add'l) | 07/12/11 | J | | exch from NWF-A |
| 93. | ---------- | | | | | Buy (add'l) | 7/12/11 | J | | exch from SCWF-A |
| 94. | ---------- | | | | | Distributed (part) | 08/03/11 | K | | exch to LTEX-A |
| 95. | ---------- | | | | | Buy (add'l) | 10/03/11 | M | | exch from ICA-A |
| 96. | ---------- | | | | | Distributed (part) | 11/15/11 | K | | exch to WMIF-A |
| 97. | ---------- | | | | | Distributed (part) | 12/20/11 | L | | exch to WMIF-A |
| 98. | -American Funds Inv. Co. of Amer. A (ICA-A) | A | Dividend | | | Open | 09/12/11 | M | | exch. fm LTEX-A |
| 99. | ---------- | | | | | Distributed | 10/03/11 | M | | exch to STEX-A |
| 100. | -Trust Bank Account (SunTrust) | A | Interest | J | T | | | | | |
| 101. | BANK ACCOUNTS | | | | | | | | | |
| 102. | -Wachovia ▉ | A | Interest | | | Closed | 05/07/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 07/14/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Wachovia | A | Interest | | | Closed | 05/07/11 | J | | |
| 104. -Wachovia | A | Interest | | | Closed | 05/07/11 | J | | |
| 105. -Wachovia (now Wells Fargo) | A | Interest | J | T | | | | | |
| 106. -Wachovia | A | Interest | | | Closed | 05/07/11 | L | | |
| 107. -North Georgia Bank | A | Interest | M | T | | | | | |
| 108. -North Georgia Bank | A | Interest | J | T | | | | | |
| 109. -North Georgia Bank | A | Interest | J | T | | | | | |
| 110. -North Georgia Bank | A | Interest | L | T | | | | | |
| 111. -North Georgia Bank | A | Interest | K | T | | | | | |
| 112. -North Georgia Bank | A | Interest | | | Closed | 06/24/11 | J | | |
| 113. -SunTrust (MMA) | A | Interest | L | T | | | | | |
| 114. -SunTrust I | A | Interest | J | T | Open | 02/21/11 | J | | |
| 115. -SunTust II | A | Interest | J | T | Open | 02/21/11 | J | | |
| 116. -SunTrust III | A | Interest | J | T | Open | 03/05/11 | J | | |
| 117. -SunTrust Conv. Acct | A | Interest | | | Open | 03/05/11 | J | | |
| 118. --------- | | | | | Closed | 10/01/11 | J | | |
| 119. TRUST BROKERAGE ACCOUNT | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 07/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -E-Trade cash balance | A | Interest | J | T | Distributed (part) | 1/10/11 | K | | |
| 121.  -Nuveen Preferred and Conv. Income Fund | B | Dividend | J | T | | | | | |
| 122.  -Pimco High Income Fund PFD SER M Auction Rate | A | Dividend | K | T | | | | | |
| 123.  BELL & HOWELL RETIREMENT (I) SAVINGS PLAN █ | | | | | | | | | |
| 124.  -Fidelity Money Market (FDRXX) | A | Dividend | J | T | Distributed (part) | 12/01/11 | J | | |
| 125.  -Fidelity Freedom 2050 (FFFHX) | A | Dividend | J | T | | | | | |
| 126.  BELL & HOWELL RETIREMENT (II) SAVINGS PLAN █ | | | | | | | | | |
| 127.  -Fidelity Mney Market (FDRXX) | A | Dividend | J | T | Distributed (part) | 12/01/11 | J | | |
| 128.  -Fidelity Freedom 2050 (FFFHX) | A | Dividend | J | T | | | | | |
| 129.  BROKERAGE ACCOUNT █ (DECD IRA CNDT) (closed 06/14/11) | | | | | | | | | tferred to Brok Acct 11B |
| 130.  -TDAM Money Market Portfolio | A | Interest | | | Closed | 06/14/11 | J | | |
| 131.  -DFA 5 YR Global fixed Income Portfolio | | None | | | Sold | 06/08/11 | J | | |
| 132.  BROKERAGE ACCOUNT █ (IRA-BDA) (opened 06/14/11) | | | | | | | | | |
| 133.  -Feder. Prime Oblig Trust SH | A | Dividend | K | T | Buy | 06/14/11 | K | | |
| 134.  -Feder. Prime Oblig Trust SH | A | Distribution | | | Distributed (part) | 12/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 07/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Line 1:  Exercise power of attorney in withdraws from bank account, completing and filing federal and state tax returns, and paying income tax preparer.

Part VII, Line 5:  I inadvertently missed that this asset had been sold during the last reporting period.  It was sold on April 17, 2010, with Value Code "M" and Gain Code "D"

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Alan J. Baverman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544